AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED

NOV 1 4 2013

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL EDWARD FILMORE<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:13 MJ 6249 TCM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 1, 2013__ in the county of __ST. LOUIS__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1344 | BANK FRAUD |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

SA P⨯TC
*Complainant's signature*

Special Agent Peyton Tucker, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/14/2013__

*Judge's signature*

City and state: __St. Louis, Missouri__ Honorable Thomas C. Mummert III, U.S. Magistrate Judge
*Printed name and title*